PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Darryl Stone          Cr.: 04-CR-737
                                                       PACTS #: 38391

Name of Sentencing Judicial Officer: The Honorable Faith S Hochberg, USDJ

Date of Original Sentence: 04/26/06

Original Offense: Conspiracy to Distribute and Possess with Intent to Distribute 1 Kilogram or More of Heroin

Original Sentence: 78 months custody; 5 years supervised release. Special conditions: drug treatment, financial disclosure, was ordered to refrain from associating with, or being in the company of any members of the Bloods street gang, and to cooperate in the collection of his DNA.

Type of Supervision: Supervised Release          Date Supervision Commenced: 07/10/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number**      **Nature of Noncompliance**

1.      The offender used marijuana on July 25, 2010, as evidenced by a positive urine specimen submitted on August 5, 2010, and by his own voluntary verbal and written admission.

U.S. Probation Officer Action:

The offender has been referred for participation in the Code-A-Phone program, which will increase the amount of urine specimens obtained per month, and should further drug use be detected we will refer him for appropriate drug treatment.

                                                            Respectfully submitted,

                                                            By: Kevin J Mullens
                                                            Senior U.S. Probation Officer
                                                            Date: 08/16/10

PROB 12A - Page 2
Darryl Stone

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

No Court action at this time.
SO ORDERED.

_____
Signature of Judicial Officer

8/18/10
Date